IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SHAUNTE ADKINSON,

        **Plaintiff,**

v.

DAVE & BUSTER'S OF GEORGIA, INC. d/b/a Dave & Buster's, and JOHN DOES 1-6,

        **Defendants.**

1:17-cv-00195-WSD

## ORDER

This matter is before the Court on the parties' Joint Motion to Approve Settlement [10]. Having reviewed the Settlement Agreement [10.2] the parties executed, the Court finds that the settlement is fair, adequate, and reasonable. The Court finds that the Settlement Agreement was negotiated at arm's length by represented parties and is not the result of collusion. The Court also finds that the payment of attorneys' fees and costs provided in the Settlement Agreement are reasonable.

Accordingly,

**IT IS HEREBY ORDERED** that the parties' Joint Motion to Approve Settlement [10] is **GRANTED**. The settlement is **APPROVED**, and the terms of

the Settlement Agreement [10.2] are incorporated into this Order.  The Court will retain jurisdiction for the purposes of enforcing the Settlement Agreement.  In light of the settlement, the Court **DISMISSES** all claims with prejudice.

    **SO ORDERED** this 24th day of July, 2017.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE